## MOTION DOCKET

**95–1934.  State ex rel. Roy v. Indus. Comm.**
Franklin App. No. 94APD08–1268.  On request for oral argument.  Request denied.

**96–2819.  State v. Hessler.**
Franklin C.P. No. 95CR116906.  On motion for continuation of stay of execution.  Motion denied.
  On conditional motion to withdraw as counsel or request to be relieved from briefing schedule.
Conditional motion to withdraw denied; leave to file granted to September 28, 1998.

**97–52.  State v. Hessler.**
Franklin App. No. 96APA12–1664.  On motion for continuation of stay of execution.  Motion denied.
  On conditional motion to withdraw as counsel or request to be relieved from briefing schedule.
Conditional motion to withdraw denied; leave to file granted to September 28, 1998.

**97–158.  State ex rel. Jones v. Ohio Adult Parole Auth.**
In Mandamus.  On motion for relief from judgment.  Motion denied.

**97–1261 and 97–1488.  Cater v. Cleveland.**
Cuyahoga App. No. 70674.  On motion to participate in oral argument.  Motion denied.
  DOUGLAS and F.E. SWEENEY, JJ., dissent.
  COOK, J., not participating.
  On motion to participate in oral argument of Ohio Municipal League
and Ohio Municipal Attorneys Association.  Motion granted.
  PFEIFER, J., dissents.
  COOK, J., not participating.

**97–2039.  E. Canton Edn. Assn. v. McIntosh.**
Stark App. No. 96CA0293.  On motion to strike appellant's merit brief.  Motion denied.